1 | LAW OFFICE OF KEVIN M. WELCH
2 | Kevin M. Welch, Esq. (SBN 254565)
    | Kevin@kmwlawoffice.com
3 | P.O. Box 494; Hermosa Beach, CA 90245
    | Tel.: (310) 929-0553; Fax: (310) 698-1626
4 | LAW OFFICES OF CRAIG HOLIDAY
5 | Craig Holiday, Esq. (SBN 222803)
    | Craig@holidaylegal.com
6 | 4600 Campus Drive, Suite 108
    | Newport Beach, CA 92660
7 | Tel.: (949) 261-0288; Fax: (949) 261-0988

Attorney for the Plaintiff,
DANIEL HENDERSON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

**CV 11 - 01350** DDP (DTBx)

DANIEL HENDERSON, an individual,

Plaintiff,

v.

MATTHEW LINDLAND, an individual, TEAM QUEST FIGHT CLUB, LLC, a Oregon limited liability company, and DOES 1 through 10, inclusive,

Defendants.

Case No.:

**COMPLAINT FOR DAMAGES FOR:**

**(1) COMMON LAW TRADEMARK INFRINGEMENT(Lanham Act §43(a));**

**(2) COPYRIGHT INFRINGMENT (17 U.S.C. §§101 *et seq.*)**

**(3) FEDERAL UNFAIR COMPETITION (15 U.S.C. § 1125(a); Lanham Act §43(a));**

**(4) COMMON LAW UNFAIR COMPETITION;**

**(5) CALIFORNIA UNFAIR COMPETITION (Cal. Bus. & Prof. Code §17200);**

**DEMAND FOR JURY TRIAL**

Plaintiff DANIEL HENDERSON ("Henderson") alleges on personal knowledge as to his own actions, and upon information and belief as to the actions of others, as follows:

COPY                 COMPLAINT FOR DAMAGES – Page 1

### INTRODUCTION

1.     This is an action in law and equity for, *inter alia*, trademark infringement, copyright infringement, and unfair competition. Plaintiff Henderson is a former Olympic wrestler and a mixed martial arts fighter. In approximately 1999, Henderson and his partner Randy Couture ("Couture"), both professional fighters training and residing in Portland Oregon at the time, formed a fight club and conceived of and began using the mark TEAM QUEST in commerce in conjunction with mixed martial arts training, mixed martial arts fighting entertainment, and related apparel. Henderson and Couture approached and commissioned an artist by the name of Tom McGee to create original artwork for the fight club to be used as a trademark as well. Tom McGee created an original design comprised of a vertically-oriented clenched fist with a star to the left adjacent the fist (the "Team Quest Logo"). A true and correct copy of Tom McGee's original work of art is attached to this Complaint as Exhibit A. Henderson and Couture began using the artwork created by Tom McGee as a trademark along with the words "TEAM QUEST" in conjunction with mixed martial arts training, mixed martial arts fighting entertainment, and related apparel. Henderson has used these marks in commerce, without interruption, continuously to this present day. In approximately 2001, after Henderson and Couture created and began using the above described marks, Defendant Matthew Lindland ("Lindland") also an Olympic wrestler and mixed martial arts fighter, associated himself with Henderson and Couture through their common passion for mixed martial arts. Subsequent to their meeting, Lindland and Couture founded a gymnasium in Portland, Oregon where they trained and provided mixed martial artists instruction services and began using the marks TEAM QUEST and the Team Quest Logo. The gymnasium is held by a limited liability company called the TEAM QUEST FIGHT CLUB, LLC ("TQFC"). Henderson and Couture, the senior users of the marks, were aware of, authorized, and initially consented to

1   Lindland's use of the marks.  On occasion, Henderson traveled to Oregon where he
2   met with Lindland and trained with Lindland at Lindland's gymnasium.  Further,
3   Lindland agreed to pay Henderson royalties on apparel bearing the marks TEAM
4   QUEST and the Team Quest Logo.  Beginning in May of 2005, Lindland filed
5   several United States Trademark Applications for the mark TEAM QUEST alone
6   and with various versions of the Team Quest Logo.  In all of those applications,
7   Lindland listed his company, TQFC, as the "owner" of the marks, and failed to
8   disclose to the United States Patent and Trademark Office ("USPTO") his
9   knowledge of the existence of a party with prior, superior rights to the marks.  In
10  approximately 2005, Henderson began using an additional mark, TEAM QUEST
11  MMA FITNESS, and, as before, Matt Lindland filed a United States Trademark
12  Application listing his company, TQFC, as the mark's owner.  The relationship
13  between Henderson and Lindland began to deteriorate when Lindland insisted that
14  he was entitled to be reimbursed from potential TEAM QUEST, TEAM QUEST
15  MMA FITNESS, and Team Quest Logo license fees for his expenses related to
16  TQFC and for legal fees associated with filing the various trademark applications,
17  and Henderson declined to accommodate the request.  Subsequently, Henderson
18  insisted that Lindland turn over the marks to Henderson.  In response, Lindland
19  sent Henderson a cease and desist letter claiming ownership of the marks based on
20  the registrations.  Upon receipt of that letter, Henderson withdrew his authorization
21  and consent to Lindland and TQFC's use of the marks.  Plaintiff Henderson asserts
22  that Lindland's continued unauthorized use of the marks is likely to cause
23  confusion or mistake and to deceive consumers as to the source of the goods and
24  services provided under the marks, or as to the sponsorship or other commercial
25  affiliation of Lindland with Henderson. These activities have and are likely to
26  continue to cause considerable harm to Henderson and his business.
27  ///
28  ///

1

**THE PARTIES**

2        2.        Plaintiff DANIEL HENDERSON is an individual and resident of the

3    state of California, and currently resides at 39444 Calle Portillo, Temecula, CA

4    92592.

5        3.        Upon information and belief, Defendant MATTHEW LINDLAND is

6    an individual and resident of the state of Oregon and maintains a primary residence

7    in the Portland area.

8        4.        Upon information and belief, TEAM QUEST FIGHT CLUB, LLC is

9    an Oregon limited liability company with a principle place of business at 18206 SE

10   Stark Street, Portland, Oregon 97233.

11       5.        Upon information and belief, the gymnasium owned by TEAM

12   QUEST FIGHT CLUB, LLC is located at 18206 SE Stark Street, Portland Oregon

13   97233.

14       6.        The true names, and identities or capacities, whether individual,

15   associate, corporate or otherwise of DOES 1 through 10, inclusive, are unknown to

16   Henderson, who therefore sues said defendants by fictitious names.  Henderson is

17   informed and believes, and on such information and belief, alleges that each of the

18   defendants sued herein as a DOE are legally responsible in some manner for the

19   events and happenings referred herein.  When the true names, identities and

20   capacities of such fictitiously designated defendants are ascertained, Henderson

21   will ask leave of the Court to amend this complaint to insert said true names,

22   identities and capacities, together with proper charging allegations.

23

**JURISDICTION AND VENUE**

24       7.        This is an action seeking permanent injunctive relief, monetary

25   remedies, other equitable remedies, and attorneys' fees based on the trademark

26   infringement, copyright infringement, and unfair competition of Lindland and

27   TQFC in connection with the unauthorized use of the marks TEAM QUEST,

28   TEAM QUEST MMA FITNESS, and the Team Quest Logo in conjunction with

1   mixed martial arts instruction, mixed martial arts fighting entertainment, and
2   related apparel. These unlawful acts have occurred in the State of California, and
3   more specifically in the Central District of California.

4       8.    This Court has subject matter jurisdiction over this lawsuit pursuant to
5   15 U.S.C. §1125, 17 U.S.C. §§101 *et seq.*, and 28 U.S.C. §§1331, 1338, and 1367,
6   and pursuant to the Court's pendent jurisdiction.

7       9.    This Court has personal jurisdiction over Lindland because, *inter alia*,
8   Lindland, through his advertising and sales to customers located in California and
9   in this district, is present in this judicial district, transacts business in this judicial
10   district, and has committed acts in this judicial district upon which the claims
11   asserted in this lawsuit are based.

12       10.    This Court has personal jurisdiction over TQFC because, *inter alia*,
13   TQFC, through its advertising and sales to customers located in California and in
14   this district, is present in this judicial district, transacts business in this judicial
15   district, and has committed acts in this judicial district upon which the claims
16   asserted in this lawsuit are based.

17       11.    Venue is proper in the Central District of California pursuant to 28
18   U.S.C. §§1391(b), (c) and 1400(a).

19                **PLAINTIFF AND ITS BUSINESS**

20       12.    Since at least as early 1999, when Henderson and Couture conceived
21   of and began using the mark TEAM QUEST and the Team Quest Logo, Henderson
22   has used the mark in commerce in conjunction with mixed martial arts instruction,
23   mixed martial arts fighting entertainment, and related apparel, continuously to this
24   very day.

25       13.    Since at least as early as 2005, when Henderson conceived of and
26   began using TEAM QUEST MMA FITNESS, Henderson has used the mark in
27   commerce in conjunction with mixed martial arts instruction, mixed martial arts
28   fighting entertainment, and related apparel, continuously to this very day.

14.     Having won more major tournament titles than Lindland and arguably one of the most accomplished fighters in the sport's history, Henderson has amassed an enormous amount of goodwill associated the marks TEAM QUEST, TEAM QUEST MMA FITNESS, and the Team Quest Logo.

15.     Through his interactive website, www.danhenderson.com, Dan Henderson has extensively advertised and sold mixed martial arts instruction, mixed martial arts fighting entertainment, and related apparel in conjunction with the marks TEAM QUEST, TEAM QUEST MMA FITNESS, and the Team Quest Logo throughout the United States and the world.

16.     Through his multiple televised mixed martial arts tournaments, Henderson has extensively advertised and sold mixed martial arts instruction, mixed martial arts fighting entertainment, and related apparel in conjunction with the marks TEAM QUEST, TEAM QUEST MMA FITNESS, and the Team Quest Logo throughout the United States and the world.

17.     Through his selective association with only world class mixed-martial arts athletes, Henderson has taken steps to protect the quality of the goods and services that have become associated with the marks TEAM QUEST, TEAM QUEST MMA FITNESS, and the Team Quest Logo.

18.     The marks TEAM QUEST, TEAM QUEST MMA FITNESS, and the Team Quest Logo are inherently distinctive and therefore common law trademark rights inured to Henderson immediately upon Henderson's use of the marks in commerce.

19.     Henderson's continuous use of the marks TEAM QUEST and the Team Quest Logo in commerce in conjunction with mixed martial arts instruction, mixed martial arts fighting entertainment, and related apparel for more than eleven (11) years is sufficient for the marks to have acquired distinctiveness through secondary meaning.

20.     Henderson's continuous use of the marks TEAM QUEST MMA

1   FITNESS in commerce in conjunction with mixed martial arts instruction, mixed

2   martial arts fighting entertainment, and related apparel for more than five (5) years

3   is sufficient for the marks to have acquired distinctiveness through secondary

4   meaning

5       21.     Any common law rights Couture once owned in the marks TEAM

6   QUEST and the Team Quest Logo has been assigned to Henderson along with the

7   associated goodwill.

8       22.     Through transfer by written instrument, Henderson is the owner of the

9   copyright in the original artwork created by Tom McGee that comprises the Team

10  Quest Logo.

11                  **DEFENDANTS' WRONGFUL ACTS RELATED TO**

12                          **THE MARK AT ISSUE**

13      23.     At all times relevant to this Complaint, Lindland and TQFC were

14  aware of Henderson's business and the services he provides under the marks

15  TEAM QUEST, TEAM QUEST MMA FITNESS, and the Team Quest Logo and

16  the goodwill represented and symbolized by those marks.

17      24.     Henderson had been using the marks TEAM QUEST and the Team

18  Quest Logo in conjunction with mixed martial arts instruction, mixed martial arts

19  fighting entertainment, and related apparel for at least three years before TQFC

20  began using the marks, and one year before Lindland began using the marks.

21      25.     Henderson had been using the marks TEAM QUEST MMA FITNESS

22  in conjunction with mixed martial arts instruction, mixed martial arts fighting

23  entertainment, and related apparel for at least three years before Lindland filed a

24  United States Trademark Application for the mark claiming TQFC as the owner.

25      26.     Lindland and TQFC used the marks TEAM QUEST, TEAM QUEST

26  MMA FITNESS, and the Team Quest Logo with the knowledge, authorization,

27  and consent of Henderson.

28      27.     Until very recently, Lindland and TQFC paid royalties to Henderson

for sales of apparel designated with the marks TEAM QUEST, TEAM QUEST MMA FITNESS, and the Team Quest Logo.

28.   At the time Lindland and TQFC filed U.S. Trademark Applications listed in the chart below, Henderson had been using similar marks in commerce for several years prior and had superior common law rights in the marks.

| Application No. | Filing Date | Status |
|---|---|---|
| 78631298 | May 17, 2005 | Reg. No. 3090065 |
| 78627457 | May 11, 2005 | Reg. No.  3085376 |
| 77639860 | December 24, 2005 | Pending |
| 77639876 | December 24, 2008 | Pending |
| 77639870 | December 24, 2008 | Pending |
| 77639866 | December 24, 2008 | Pending |
| 77639893 | December 24, 2008 | Abandoned August 30, 2010 |
| 77639885 | December 24, 2008 | Abandoned August 30, 2010 |
| 77639873 | December 24, 2008 | Abandoned August 39, 2010 |
| 77639877 | December 24, 2008 | Abandoned May 25, 2010 |
| 77639889 | December 24, 2008 | Reg. No. 3736031 |
| 77639871 | December 24, 2008 | Reg. No. 3736030 |

29.   At the time Lindland and TQFC filed the marks listed in the chart in Paragraph 28, Lindland and TQFC knew Henderson had been using the marks or substantially similar marks in commerce for several years prior and had superior common law rights in the marks, but Lindland intentionally failed to disclose such information to the United States Patent and Trademark Office in violation of the oath executed upon filing.

30.   Lindland and TQFC approached Henderson to share the legal expenses related to filing the trademark applications listed in Paragraph 28 because Lindland and TQFC believed Henderson held an ownership interest the marks.

# COUNT I

## COMMON LAW TRADEMARK INFRINGEMENT

### Lanham Act §43(a)

31. Henderson repeats and incorporates by reference the allegations of Paragraphs 1 through 30 as if fully set forth herein.

32. Henderson has used the marks TEAM QUEST and the Team Quest Logo in commerce in conjunction with mixed martial arts training, mixed martial arts fighting entertainment, and related apparel since at least as early as 1999.

33. Henderson has used the marks TEAM QUEST MMA FITNESS in commerce in conjunction with mixed martial arts training, mixed martial arts fighting entertainment, and related apparel since at least as early as 2005.

34. Henderson's marks, TEAM QUEST, TEAM QUEST MMA FITNESS, and the Team Quest Logo, are inherently distinctive, and, therefore, all applicable trademark rights vested with Henderson as soon as Henderson began using the mark in commerce.

35. Henderson has used the marks TEAM QUEST and the Team Quest Logo in commerce continuously since least as early as 1999, and, therefore, the marks have acquired distinctiveness through secondary meaning.

36. Henderson has used the marks TEAM QUEST MMA FITNESS in commerce continuously since least as early as 2005, and therefore the mark has acquired distinctiveness through secondary meaning.

37. Lindland's use of the marks TEAM QUEST and the Team Quest Logo commenced in or about 2001, and TQFC's use of the marks TEAM QUEST and the Team Quest Logo commenced in or about 2002, therefore, Lindland's and TQFC's use are both junior to Henderson's use.

38. Lindland and TQFC's use of the marks TEAM QUEST, TEAM QUEST MMA FITNESS, and the Team Quest Logo was initially with the authorization and consent of Henderson therefore no common law rights inured to Lindland or

1  TQFC through their use of the marks in commerce.

2       39.  In the event that Lindland and TQFC do possess any common law rights
3  in the marks TEAM QUEST, TEAM QUEST MMA FITNESS, and the Team
4  Quest Logo, their rights are junior and inferior to the common law rights held by
5  Henderson, as Henderson is the senior user of the marks.

6       40.  Lindland and TQFC's use of the marks TEAM QUEST, TEAM QUEST
7  MMA FITNESS, and the Team Quest Logo was initially with the knowledge,
8  authorization, consent, and implied license of Henderson, and, therefore, the U.S.
9  Trademark Applications referenced in Paragraph 28 are all void *ab initio* pursuant
10  to 37 C.F.R. §2.71(d).

11      41.  Henderson informed Lindland and TQFC that he withdrew all prior
12  consent and authorization to use the marks TEAM QUEST, TEAM QUEST MMA
13  FITNESS, and the Team Quest Logo and demanded that Lindland and TQFC cease
14  and desist use of the marks.

15      42.  Through the interactive website www.teamquestmma.net, Lindland and
16  TQFC continue to extensively advertise and sell mixed martial arts instruction,
17  mixed martial arts fighting entertainment, and related apparel in conjunction with
18  the marks TEAM QUEST, TEAM QUEST MMA FITNESS, and the Team Quest
19  Logo in the Central District of California and throughout the United States and the
20  world.

21      43.  The conduct of Lindland and TQFC is likely to cause confusion, to
22  cause mistake, or to deceive customers as to the origin, source, or sponsorship of
23  Lindland and TQFC's goods and services, and is likely to create the false
24  impression that Lindland and TQFC's goods and services are authorized,
25  sponsored, endorsed or licensed by, or affiliated with Henderson.

26      44.  Lindland and TQFC have actual notice of Henderson's exclusive rights
27  in his marks.

28      45.  The continued use of the mark TEAM QUEST, TEAM QUEST MMA

1  FITNESS, and the Team Quest Logo by Lindland and TQFC is willful conduct, in
2  bad faith, and with full knowledge that Lindland and TQFC have no right, license,
3  consent, or authority to use Henderson's marks or any other designation similar
4  thereto.

5      46.  The conduct of Lindland and TQFC is intended to reap the benefit of
6  the goodwill that Henderson has created in his marks TEAM QUEST, TEAM
7  QUEST MMA FITNESS, and the Team Quest Logo, and constitutes an
8  infringement of Henderson's trademarks.

9      47.  Because Lindland and TQFC are using the marks TEAM QUEST,
10  TEAM QUEST MMA FITNESS, and the Team Quest Logo in conjunction with
11  the identified goods and services, Lindland and TQFC have caused and are causing
12  substantial irreparable harm to the distinctiveness and goodwill associated with
13  Henderson's trademark and will continue to damage Henderson and to deceive
14  consumers, unless enjoined by this Court.

15      48.  Henderson has no adequate remedy at law to address the continued
16  harm to his reputation and goodwill caused by Lindland and TQFC's continued use
17  of marks in commerce that are confusingly similar to Henderson's common law
18  trademarks.

19                          **COUNT II**
20                  **COPYRIGHT INFRINGEMENT**
21                    **17 U.S.C. §§101, *et seq.***

22      49.  Henderson and incorporates by reference the allegations of Paragraphs 1
23  through 48 as if fully set forth herein.

24      50. The Team Quest Logo, comprising a vertically oriented clenched fist
25  with a star to the left adjacent the fist, is a copyrighted original work of art titled
26  "*TEAM QUEST Fist,*" which was created by Tom McGee.  A true and correct copy
27  of the deposit copy filed with the United States Copyright Office is attached as
28  Exhibit A.

51. Henderson is the sole owner of the copyright in the original work of art titled *"TEAM QUEST Fist"* pursuant to a written assignment executed by artist and creator Tom McGee.

52. Henderson began selling T-shirts displaying the Team Quest Logo not later than 1999 and such goods have been widely disseminated throughout the United States and the world via the Internet continuously to this day.

53. Without a license, authority, or permission, Lindland and TQFC are selling apparel featuring unlawfully copies of Henderson's copyrighted work titled *"TEAM QUEST* Fist" on the Internet through the website http://teamquestmma.net and others.

54. Without a license, authority, or permission, Lindland and TQFC are displaying unlawful copies Henderson's copyrighted work titled *"TEAM QUEST Fist"* on the wall and floor pads of the gymnasium located in Portland Oregon.

55. Both Lindland and TQFC had access to Henderson's copyrighted work titled *"TEAM QUEST Fist"* when Henderson was selling T-shirts featuring the Team Quest Logo, prior to selling apparel featuring substantially similar artwork.

56. Henderson has no adequate remedy at law to address the ongoing coping of the Team Quest Logo by Lindland and TQFC.

## COUNT III
## FEDERAL UNFAIR COMPETITION
## 15 U.S.C. §1125(a) (LANHAM ACT §43(a))

57. Henderson repeats and incorporates by reference the allegations of Paragraphs 1 through 56 as if fully set forth herein.

58. The conduct of Lindland and TQFC is likely to cause confusion, to cause mistake, or to deceive consumers as to the origin, source, or sponsorship of the goods and services provided by Lindland and TQFC, and is likely to create the false impression that such goods and services are authorized, sponsored, endorsed or licensed by, or affiliated with Henderson, the owner of the marks TEAM

1 | QUEST, TEAM QUEST MMA FITNESS, and the Team Quest Logo.

2 |     59. The conduct of Lindland and TQFC constitutes unfair competition, false

3 | designation of origin, false advertising, false representation of fact, and false

4 | description in violation of §42(a) of the Lanham Act, 15 U.S.C. §1125(a).

5 |     60. Because Lindland and TQFC are using the marks TEAM QUEST,

6 | TEAM QUEST MMA FITNESS, and the Team Quest Logo in connection with

7 | commerce in an unauthorized manner, Lindland and TQFC have caused and are

8 | causing substantial irreparable harm to Henderson and his common law trademarks

9 | and will continue to damage Henderson, and to deceive consumers, unless enjoined

10 | by this Court.

11 |     61. Henderson has no adequate remedy at law to address the continued

12 | harm to its reputation and goodwill caused by Lindland and TQFC's continued use

13 | of marks in commerce that are confusingly similar to the marks TEAM QUEST,

14 | TEAM QUEST MMA FITNESS, and the Team Quest Logo.

### COUNT IV

### COMMON LAW UNFAIR COMPETITION

17 |     62. Henderson repeats and incorporates by reference the allegations of

18 | Paragraphs 1 through 61 as if fully set forth herein.

19 |     63. The unlawful conduct of Lindland and TQFC is likely to continue to

20 | cause confusion, to cause mistake, and/or deceive consumers as to the origin,

21 | source, or sponsorship of the goods and services provided by Lindland and TQFC

22 | in connection with the marks TEAM QUEST, TEAM QUEST MMA FITNESS,

23 | and the Team Quest Logo, and is likely to create the false impression the goods

24 | and services provided by Lindland and TQFC are sponsored or affiliated with

25 | Henderson.

26 |     64. The conduct of Lindland and TQFC constitutes unfair competition in

27 | violation of the common law of the state of California and other states.

28 |     65. The conduct of Lindland and TQFC is willful, in bad faith, and with full

1 │ knowledge that Lindland and TQFC have no right, license, or authority to use the
2 │ marks TEAM QUEST, TEAM QUEST MMA FITNESS, or the Team Quest Logo
3 │ or any other designation confusingly similar thereto.

4 │     66.  Because Lindland and TQFC are using the marks TEAM QUEST,
5 │ TEAM QUEST MMA FITNESS, and the Team Quest Logo in connection with
6 │ mixed martial arts training, mixed martial arts fighting entertainment and related
7 │ apparel in an unauthorized manner, Lindland and TQFC have caused and are
8 │ causing substantial irreparable harm to Henderson and will continue to damage
9 │ Henderson, and to deceive consumers, unless restrained and permanently enjoined
10 │ by this Court.

11 │     67.  Henderson has no adequate remedy at law to address the continued
12 │ harm to its reputation and goodwill caused by the Lindland and TQFC's continued
13 │ use of unfair business practices.

## COUNT V

## CALIFORNIA UNFAIR COMPETITION

### Cal. Bus. & Prof. Code §17200

17 │     68.  Henderson repeats and incorporates by reference the allegations
18 │ Paragraphs 1 through 67 as if fully set forth herein.

19 │     69.  The unlawful conduct of Lindland and TQFC, as alleged above, also
20 │ constitute unfair, unlawful, and fraudulent business practices in violation of
21 │ California Business and Professions Code § 17200, et seq.

22 │     70.  The wrongful acts of Lindland and TQFC proximately caused, and will
23 │ continue to cause, substantial injury to Henderson including confusion of potential
24 │ customers, injury to reputation, and diminution of the Henderson's common law
25 │ trademarks.  These actions, if allowed to continue, will cause irreparable harm and
26 │ injury to Henderson, the amount of which has not been ascertained.

27 │     71.  As a direct and proximate result of the wrongful acts of Lindland and
28 │ TQFC, Henderson has been damaged, and is entitled to injunctive relief and

1  restitution in an amount to be proven at trial.  The acts of Lindland and TQFC
2  described herein irreparably injure Henderson's business, reputation and goodwill,
3  and will continue to do so unless restrained and permanently enjoined by this
4  Court.

5      72.  Henderson has no adequate remedy at law to address the continued
6  harm to its reputation and goodwill caused by Lindland and TQFC's continued
7  unauthorized use of the marks, TEAM QUEST, TEAM QUEST MMA FITNESS,
8  and the Team Quest Logo.

9                           **PRAYER FOR RELIEF**

10     **WHEREFORE,** Henderson respectfully requests the following relief;

11     A.    A permanent injunction prohibiting Lindland and TQFC, their
12  officers, directors, agents, principals, divisions, representatives, servants,
13  employees, associates, subsidiaries, affiliates, attorneys, successors and assigns,
14  and all persons acting by, through, under or in active concert or in participation
15  with or controlled, either directly or indirectly, by any of them, from using the
16  mark TEAM QUEST, TEAM QUEST MMA FITNESS, or the Team Quest Logo,
17  or any confusingly similar variation thereof, as, or as a component of, a trademark,
18  trade name or otherwise, in conjunction with the advertising, promoting,
19  marketing, offering, or selling of mixed martial arts training, mixed martial arts
20  fighting entertainment, or related apparel in the United States, and from otherwise
21  infringing the marks;

22     B.    A permanent injunction requiring Lindland and TQFC to remove all
23  appearances of the mark TEAM QUEST, TEAM QUEST MMA FITNESS, and
24  the Team Quest Logo from all web pages, advertisements and other marketing or
25  promotional materials including but not limited to the website
26  www.teamquestmma.net;

27     C.    A permanent injunction requiring Lindland and TQFC to remove all
28  appearances of the mark TEAM QUEST, TEAM QUEST MMA FITNESS, and

1 │ the Team Quest Logo from the gymnasium in Portland Oregon or any other
2 │ gymnasium owned or operated by Lindland or TQFC;

3 │     C.  A finding that the trademark applications and registrations listed in the
4 │ chart in Paragraph 28 were procured through fraud and therefore void *ad initio*;

5 │     D.  An accounting for all profits acquired by Lindland and TQFC
6 │ through services advertised or performed or apparel sold in conjunction with the
7 │ unlawful use of the marks TEAM QUEST, TEAM QUEST MMA FITNESS, and
8 │ the Team Quest Logo after Henderson withdrew his authorization and consent to
9 │ the use of the marks;

10 │     E.  An accounting for all profits acquired by Lindland and TQFC through
11 │ Services advertised or performed or apparel sold in conjunction with the use of the
12 │ marks TEAM QUEST, TEAM QUEST MMA FITNESS, and the Team Quest
13 │ Logo before Henderson withdrew his authorization and consent to use the marks;

14 │     F.  An award of such monetary remedies as the Court finds appropriate to
15 │ compensate Henderson for loss of value of his business and reputation he has
16 │ sustained as a consequence of the unlawful acts of Lindland and TQFC, as well as
17 │ the profits of Lindland and TQFC and their affiliates attributable to the unlawful
18 │ acts;

19 │     G.  For such other relief as the Court deems necessary and proper;

20 │     H.  An award of treble damages or other enhanced monetary remedies to
21 │ Henderson;

22 │     I.  A finding that the infringement of Lindland and TQFC was intentional
23 │        and willful;

24 │     J.  An award of attorneys' fees and cost to Henderson; and

25 │     K.  Such further relief as the Court may deem just and appropriate.

26 │ ///
27 │ ///
28 │ ///

## **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, demand is hereby made for trial by jury on all issues triable to a jury.


Dated this 14th day of February, 2011

By:_____

Kevin M. Welch, Esq. (SBN 254565)

LAW OFFICE OF KEVIN M. WELCH
P.O. Box 494
Hermosa Beach, CA 90245
Tel.:  (310) 929-0553
Email:Kevin@kmwlawoffice.com
Attorney for Plaintiff,
DANIEL HENDERSON

EXHIBIT A



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Dean D. Pregerson and the assigned discovery Magistrate Judge is David T. Bristow.

The case number on all documents filed with the Court should read as follows:

## CV11- 1350 DDP (DTBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

LAW OFFICE OF KEVIN M. WELCH
Kevin M. Welch, Esq. (SBN 254565)
P.O. Box 494, Hermosa Beach, CA 90254
Tel: (310) 929-0553
Fax: (310) 698-1626
Email: Kevin@kmwlawoffice.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HENDERSON, an individual,<br><br>                    PLAINTIFF(S)<br><br>                         v.<br><br>MATTHEW LINDLAND, an individual, TEAM QUEST FIGHT CLUB, LLC, a Oregon limited liability company, and DOES 1 through 10, inclusive,<br><br>                    DEFENDANT(S). | CASE NUMBER<br><br>**CV 11 - 01350**<br><br>**SUMMONS** |

TO:   DEFENDANT(S): <u>MATTHEW LINDLAND, TEAM QUEST FIGHT CLUB, LLC, and</u>
        <u>DOES 1 through 10, inclusive.</u>

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Kevin M. Welch</u>, whose address is <u>507 2nd Street, Hermosa Beach, CA 90254</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

TERRY NAFISI

Clerk, U.S. District Court

Dated: _____ FEB 1 4 2011 _____

By: _____
              Deputy Clerk

              *(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>DANIEL HENDERSON, an individual, | DEFENDANTS<br>MATTHEW LINDLAND, an individual, TEAM QUEST FIGHT CLUB, LLC, a Oregon limited liability company, and DOES 1 through 10, inclusive, |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>LAW OFFICE OF KEVIN M. WELCH, Kevin M. Welch (SBN 254565), P.O. Box 494, Hermosa Beach, CA 90254, Tel:(310) 929-0553, Fax: (310) 698-1626, Email: Kevin@kmwlawoffice.com | Attorneys (If Known)<br>Unknown |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☑ No    ☑ **MONEY DEMANDED IN COMPLAINT:** $ To be determined at trial

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. Sections 101 et. seq., 15 U.S.C. 1114, 1125(a). Infringement of a U.S. Copyright and Trademark

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | ☑ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV 11 - 01350 DDP (DTBx)

**FOR OFFICE USE ONLY:**   Case Number:

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

| CV-71 (05/08) | CIVIL COVER SHEET | FEB 1 4 2011 | Page 1 of 2 |
|---|---|---|---|


COPY

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or

☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Oregon |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date  February 9, 2011

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |