# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 11-1350-DDP (DTBx)**                                   Date: **January 10, 2012**

Title:  **Daniel Henderson v. Matthew Lindland, et al**

**DOCKET ENTRY**

PRESENT:

**HON. <u>DAVID T. BRISTOW</u>, UNITED STATES MAGISTRATE JUDGE**

<u>Deb Taylor</u>                             <u>    n/a    </u>
Deputy Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:
  None present                                None present

**PROCEEDINGS:  (IN CHAMBERS)**

The parties' proposed Stipulation and Protective Order has been referred by the District Judge to the Magistrate Judge for consideration.  The parties are advised that the Court declines to issue the proposed protective order to which they have stipulated for the following reasons:

    1.    The Court is unwilling to include in the protective order any provisions relating to evidence presented at court proceedings.  The parties will need to take up that matter with the judicial officer conducting the proceeding at the appropriate time.  In lieu of proposed ¶¶ 9 and 11, the protective order should provide in accordance with Local Rule 79-5.1, that, if any papers to be filed with the Court contain information that has been designated as "Confidential information" or "Highly Confidential information," the proposed filing shall be accompanied by an application to file the papers or the portion thereof containing the designated information (if such portion is segregable) under seal; and that the application shall be directed to the judge to whom the papers are directed.  For motions, the parties should file a redacted version of the motion and supporting papers.  The parties are forewarned that neither the fact that counsel have stipulated to an under seal filing nor the fact that a proposed filing contains information that one of the parties elected to designate as "Confidential information" or "Highly Confidential information" in accordance with the terms of the protective order is sufficient in itself for the Court to find that good cause exists to file the papers or the portion

MINUTES FORM 11                                          Initials of Deputy Clerk <u>  dts  </u>
CIVIL-GEN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.: CV 11-1350-DDP (DTBx)                          January 10, 2012
   **Daniel Henderson v. Matthew Lindland, et al**                    Page 2

-----------------------------------------------------------------------------------------------------------------

containing the designated information under seal.  At the very least, the parties will need to convince the Court in their application that protection clearly is warranted for the designated information or documents.  For declarations with exhibits, this means making the requisite showing on an exhibit by exhibit basis.

      2.      Proposed ¶ 19 should reflect the requirements of Central District of California Local Rule 37.

MINUTES FORM 11                                                                                       Initials of Deputy Clerk  dts
CIVIL-GEN