LAW OFFICE OF KEVIN M. WELCH
Kevin M. Welch, Esq. (SBN 254565)
*Kevin@kmwlawoffice.com*
P.O. Box 494; Hermosa Beach, CA 90245
Tel.: (310) 929-0553
Fax: (310) 698-1626

LAW OFFICES OF CRAIG HOLIDAY
Craig Holiday, Esq. (SBN 222803)
*Craig@holidaylegal.com*
4600 Campus Drive, Suite 108
Newport Beach, CA 92660
Tel.: (949) 261-0288
Fax: (949) 261-0988

Attorney for the Plaintiff,
DANIEL HENDERSON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DANIEL HENDERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW LINDLAND, an individual, TEAM QUEST FIGHT CLUB, LLC, a Oregon limited liability company,<br><br>Defendants. | Case No.: CV-11-01350 DDP-DTB<br><br>**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW**<br><br>Hearing Date: July 16, 2012<br>Time: 10:00 am<br>Courtroom: 3, 2nd floor<br>Judge: Hon. Dean D. Pregerson |

Pursuant to Central District of California Rule 56-1, and in support of Plaintiff's Motion for Summary Judgment, or in the Alternative, for and Order Treating Specified Facts as Established, Plaintiff DANIEL HENDERSON ("Henderson") sets forth the following Statement of Uncontroverted Facts and

**STATEMENT OF UNCONTROVERTD FACTS AND CONCLUSIONS OF LAW**

Conclusion of Law.

1. From the Fall of 2000 through the Fall of 2006, Henderson fought in professional MMA fights in Japan for the RINGS and PRIDE organizations.

2. Defendant Matthew Lindland did not use the Team Quest Marks in U.S. Commerce or otherwise in conjunction with youth wrestling programs prior to April of 2001.

3. Defendant Matthew Lindland did not use the Team Quest Marks in U.S. Commerce in conjunction with clothing prior to May of 2001.

4. Defendant Matthew Lindland created Defendant TEAM QUEST FIGHT CLUB ("TQFC") in October of 2002.

Dated: June 18, 2012           Respectfully Submitted,

                               By: _____

                               Kevin M. Welch (SBN 254565)

                               LAW OFFICE OF KEVIN M. WELCH
                               P.O. Box 494
                               Hermosa Beach, CA 90254
                               (310) 929-0553
                               Kevin@kmwlawoffice.com

                               Attorney for Plaintiff,
                               DANIEL HENDERSON

STATEMENT OF UNCONTROVERTD FACTS AND CONCLUSIONS OF LAW