# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 11-01350 DDP (DTBx) | Date | July 16, 2012 |
| Title | DANIEL HENDERSON, an individual -V- MATTHEW LINDLAND, an individual; TEAM QUEST FIGHT CLUB,LLC, an Oregon limited liability company | | |

Present: The Honorable    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kevin M. Welch | Christopher P. Foley - **telephonic** |

Proceedings:

MOTION FOR SUMMARY JUDGMENT AS TO TREATING SPECIFIED FACTS AS ESTABLISHED FILED BY PLAINTIFF DANIEL HENDERSON (DOCKET NUMBER 58)

Court hears oral argument and takes the matter under submission.

0 0  :  08

Initials of Preparer    JAC