O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DANIEL HENDERSON, an
individual,

              Plaintiff,

    v.

MATTHEW LINDLAND, an
individual; TEAM QUEST FIGHT
CLUB,LLC, an Oregon limited
liability company ,

            Defendants.

_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 11-01350 DDP (DTBx)

ORDER ENTERING FINAL JUDGMENT

    Final judgment is hereby entered in this case pursuant to the Court's March 21, 2013 Order at Docket No. 104.

IT IS SO ORDERED.

Dated:July 30, 2013

                           DEAN D. PREGERSON
                           United States District Judge